# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0585

_____

MYRON B. FRANKLIN, Husband,

Petitioner,

v.

JASLINE MONIQUE FRANKLIN,
Wife,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

March 18, 2025

PER CURIAM.

DISMISSED.

LEWIS, ROBERTS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Travis R. Walker of The Law Offices of Travis R. Walker, P.A., Stuart, for Petitioner.

No Appearance for Respondent.